NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN C. GATTO,                )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-291
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____  )


Opinion filed November 20, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser, Judge.

Howard L. Dimmig, II, Public Defender,
and Matthew D. Bernstein, Assistant Public
Defender, Bartow, for Appellant.

Stephen C. Gatto, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, KELLY, and SMITH, JJ., Concur.